**MORGAN, LEWIS & BOCKIUS LLP**
CHRISTIE P. BAHNA (SBN 295143)
ONE MARKET STREET, SPEAR TOWER
SAN FRANCISCO, CA 94105
TELEPHONE: (415) 442-1000
FACSIMILE: (415) 442.1001
CHRISTIE.BAHNA@MORGANLEWIS.COM

JEREMY P. BLUMENFELD (PRO HAC VICE)
1701 MARKET STREET
PHILADELPHIA, PA 19103
TELEPHONE: (215) 963-5258
FACSIMILE: (215) 963-5001
JEREMY.BLUMENFELD@MORGANLEWIS.COM

SEAN MCMAHAN (PRO HAC VICE)
1111 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
TELEPHONE: (202) 739-5520
FACSIMILE: (202) 739-3001
SEAN.MCMAHAN@MORGANLEWIS.COM

ATTORNEYS FOR DEFENDANTS
LINKEDIN CORPORATION,
THE BOARD OF DIRECTORS OF LINKEDIN
CORPORATION, AND THE 401(K) COMMITTEE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re LinkedIn ERISA Litigation* | Case No: 5:20-cv-05704-EJD |
| | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LINKEDIN'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT** |
| | Complaint Filed: August 14, 2020<br>FAC Filed: November 4, 2020 |
| | Hon. Judge Edward J. Davila |

1   LinkedIn Corporation, the Board of Directors of LinkedIn Corporation, and the 401(K)
2   Committee (collectively, "LinkedIn") respectfully request that the Court take judicial notice of
3   the following documents attached as exhibits accompanying this Request for Judicial Notice and
4   the Declaration of Sean K. McMahan ("McMahan Decl.") in support thereof, in connection with
5   LinkedIn's Motion to Dismiss ("Motion") the Amended Class Action Complaint ("Complaint"):
6   **Exhibits 1 through 6**: The statutorily-required disclosures issued to participants in the
7   LinkedIn Corporation 401(k) Profit Sharing Plan and Trust ("Plan"), dated: October 14, 2014
8   (Ex. 1); October 13, 2015 (Ex. 2); October 10, 2016 (Ex. 3); September 11, 2017 (Ex. 4);
9   September 10, 2018 (Ex. 5); September 9, 2019 (Ex. 6).
10  **Exhibits 7 through 9**: The investment and share class change notices issued to Plan
11  participants dated: November 2015 (Ex. 7); August 2017 (Ex. 8); January 2019 (Ex. 9).
12  **Exhibit 10**: Excerpts from the May 30, 2020 Fidelity Freedom Index Institutional
13  Premium Fund prospectus.
14  **Exhibit 11**: Excerpts from the February 28, 2018 American Beacon Small Cap Value
15  Fund prospectus.
16  **Exhibit 12**: A copy of the publicly available American Funds AMCAP R-6 Fund
17  Summary from December 9, 2020.
18  I.   **ARGUMENT**
19       Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not
20  subject to reasonable dispute" and "can be accurately and readily determined from sources whose
21  accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Under Rule 201, "documents
22  whose contents are alleged in the complaint and whose authenticity no party questions, but which
23  are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion
24  to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled on other grounds by*
25  *Galbraith v. Cty. of Santa Clara*, 307 F.3d 1119 (9th Cir. 1994).  Similarly, courts regularly
26  consider documents that are "incorporat[ed] by reference" into the complaint. *See, e.g., Knievel*
27  *v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005).  Here, each of LinkedIn's proffered documents
28  warrants judicial notice.  Indeed, courts presented with similar claims under the Employee

Retirement Income Security Act routinely consider the same categories of documents when deciding motions to dismiss.

Plaintiffs' primary claim is that the Plan's investments charged excessive investment management fees. Plan participants, including the Plaintiffs, regularly received disclosures setting forth the Plan's investment management fees, and these disclosures are integral to Plaintiffs' claims. Plan participants also received disclosures explaining any changes made to the Plan's investments, and any corresponding changes in investment management fees. The Court can take judicial notice of these documents. *White v. Chevron Corp.*, No. 16-0793, 2017 WL 2352137, at *18 (N.D. Cal. May 31, 2017) (taking judicial notice of participant fee disclosures in similar ERISA fiduciary breach lawsuit); *Marks v. Trader Joe's Co.*, No. 19-10942, 2020 WL 2504333, *4 (C.D. Cal. Apr. 24, 2020) (taking judicial notice of recordkeeping agreements and Form 5500s in similar ERISA fiduciary breach lawsuit); *Kong v. Trader Joe's Co.*, No. 20-05790, 2020 WL 7062395, *3 (C.D. Cal. Nov. 30, 2020) (same); *Patterson v. Morgan Stanley*, No. 16-6568, 2019 WL 4934834, at *11 (S.D.N.Y. Oct. 7, 2019) (same, regarding participant fee disclosures).

Plaintiffs also contend that certain investments underperformed their benchmarks. Accordingly, the Court can take judicial notice of those funds' prospectuses and publicly available performance information. *Davis v. Saleforce.com, Inc.*, No. 20-01753, 2020 WL 5893405, at *1 n.2 (N.D. Cal. Oct. 5, 2020) (taking judicial notice of "prospectuses for funds referenced in the complaint" and press releases regarding challenged funds); *White*, 2017 WL 2352137, at *5 (taking judicial notice of third-party articles and reports regarding challenged funds).

The Court should follow these precedents and take judicial notice of the documents submitted herewith, as those documents directly concern Plaintiffs' allegations regarding the investments available to participants in the Plan and the fees associated with those investments.

## II. CONCLUSION

For the foregoing reasons, LinkedIn respectfully requests that the Court take judicial notice of Exhibits 1 through 12, which are filed with the McMahan Declaration accompanying

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

LINKEDIN'S REQUEST FOR JUDICIAL NOTICE
CASE NO. 5:20-CV-05704-EJD          - 3 -

| | |
|---|---|
| 1  this Request for Judicial Notice. | |
| 2  Dated:  January 4, 2021 | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | By      */s/ Sean K. McMahan* |
| 4 | Sean K. McMahan |

Jeremy P. Blumenfeld (pro hac vice)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5258
Facsimile: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Deborah S. Davidson (pro hac vice)
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001
deborah.davidson@morganlewis.com

Sean K. McMahan (pro hac vice)
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-5520
Facsimile: (202) 739-3001
sean.mcmahan@morganlewis.com

Christie P. Bahna (SBN 295143)
One Market Street, Spear Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
christie.bahna@morganlewis.com

*Attorneys for Defendants*,
LINKEDIN CORPORATION, THE BOARD OF DIRECTORS OF LINKEDIN CORPORATION, THE 401(K) COMMITTEE