SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
Kolin C. Tang (SBN 279834)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: ktang@sfmslaw.com

*Attorney for Plaintiffs*

[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re LinkedIn ERISA Litigation* | Case No: 5:20-cv-05704-EJD <br><br> **PLAINTIFFS' STATEMENT OF RECENT DECISION** <br><br> Date: March 18, 2021 <br> Time: 9:00 a.m. <br> Ctrm: 4 – 5th Floor <br> San Jose Courthouse <br> 280 South 1st Street, <br> San Jose, CA 95113 <br><br> Hon. Judge Edward J. Davila <br><br> Amended Class Action Complaint filed: November 4, 2020 |

1   Plaintiffs, Douglas G. Bailey, Jason J. Hayes, and Marianne Robinson (collectively, "Plaintiffs"), pursuant to Civil L.R. 7-3(d)(2), respectfully submit this Statement of Recent Decision in opposition to Defendants' Motion to Dismiss (ECF No. 43), regarding a recent decision in an analogous ERISA matter: *In re MedStar ERISA Litig.*, No. RDB-20-1984, ECF No. 36 (D. Md. Feb. 4, 2021).  Because the opinion has not yet been published, Plaintiffs attach the opinion as Exhibit A hereto.

Dated: February 5, 2021

/s/ Kolin C. Tang
James C. Shah
Kolin C. Tang
Shepherd Finkelman Miller & Shah, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone:  (415) 429-5272
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com
         ktang@sfmslaw.com

James E. Miller
Laurie Rubinow
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 866-300-7367
Email: jmiller@sfmslaw.com
         lrubinow@sfmslaw.com

Michael P. Ols
Alec J. Berin
Shepherd Finkelman Miller Shah, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 540-5505
Email: mols@sfmslaw.com
         aberin@sfmslaw.com

Donald R. Reavey
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile:  (717) 233-4103
Email: donr@capozziadler.com

Mark K. Gyandoh
Gabrielle Kelerchian
Capozzi Adler P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile:   (717) 233-4103
Email: markg@capozziadler.com
           gabriellek@capozziadler.com

Daniel L. Germain
Rosman & Germain LLP
16311 Ventura Blvd, Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile:   (818) 788-0885
Email: Germain@lalawyer.com

*Attorneys for Plaintiffs*

PLAINTIFFS' STATEMENT OF RECENT DECISION
5:20-cv-05704-EJD                                                                -2-