SHEPHERD, FINKELMAN, MILLER &
SHAH, LLP
Kolin C. Tang (SBN 279834)
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: ktang@sfmslaw.com

*Attorney for Plaintiffs*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re LinkedIn ERISA Litigation* | Case No: 5:20-cv-05704-EJD <br><br> **PLAINTIFFS' STATEMENT OF RECENT DECISIONS** <br><br> Date: March 18, 2021 <br> Time: 9:00 a.m. <br> Ctrm: 4 – 5th Floor <br> San Jose Courthouse <br> 280 South 1st Street, <br> San Jose, CA 95113 <br><br> Hon. Judge Edward J. Davila <br><br> Amended Class Action Complaint filed: November 4, 2020 |

Plaintiffs, Douglas G. Bailey, Jason J. Hayes, and Marianne Robinson (collectively, "Plaintiffs"), pursuant to Civil L.R. 7-3(d)(2), respectfully submit this Statement of Recent Decisions in opposition to Defendants' Motion to Dismiss (ECF No. 44), regarding two recent decisions finding that plaintiffs in ERISA actions have standing to pursue plan-wide claims under like circumstances: (1) *Parmer v. Land O'Lakes, Inc.*, No. 20-1253 (DSD/HB), 2021 WL 464382 (D. Minn. Feb. 8, 2021); and (2) *McCool v. AHS Management Co., Inc.*, No 3:19-cv-01158, ECF No. 88 (M.D. Tenn. Mar. 4, 2021). Because the *McCool* opinion has not yet been published, Plaintiffs attach the opinion as Exhibit A hereto.

Dated: March 5, 2021

/s/ Kolin C. Tang
James C. Shah
Kolin C. Tang
Shepherd Finkelman Miller & Shah, LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 429-5272
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com
        ktang@sfmslaw.com

James E. Miller
Laurie Rubinow
Shepherd Finkelman Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: 860-526-1100
Facsimile: 866-300-7367
Email: jmiller@sfmslaw.com
        lrubinow@sfmslaw.com

Michael P. Ols
Alec J. Berin
Shepherd Finkelman Miller Shah, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 540-5505
Email: mols@sfmslaw.com
        aberin@sfmslaw.com

Donald R. Reavey
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Mark K. Gyandoh
Gabrielle Kelerchian
Capozzi Adler P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
gabriellek@capozziadler.com

Daniel L. Germain
Rosman & Germain LLP
16311 Ventura Blvd, Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
Email: Germain@lalawyer.com

*Attorneys for Plaintiffs*