UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS G BAILEY, et al.,

        Plaintiffs,

    v.

LINKEDIN CORPORATION, et al.,

        Defendants.

Case No. 20-cv-05704-EJD   (SVK)

**ORDER DENYING STIPULATION RE PROTECTIVE ORDER**

Re: Dkt. No. 73

The Court **DENIES** the Parties' proposed Protective Order. Dkt. 73. Section 2.2 of the proposed Protective Order, which provides for blanket "CONFIDENTIAL" designations for all discovery, is contrary to the rules and practice of this Court. Similarly, Section 16.7 improperly seeks to remove the language of this District's Model Protective Order that requires a showing that Protected Material is privileged, protectable as a trade secret, or otherwise entitled to protection under law before the Court will issue an order authorizing the filing of Protected Material under seal.

By **June 2, 2021**, the Parties must either (1) submit a revised Protective Order that addresses the issues identified in this order, or (2) contact Judge van Keulen's Courtroom Deputy to be placed on the Court's June 8, 2021 10:00 a.m. law and motion calendar.

     **SO ORDERED.**

Dated: May 25, 2021

SUSAN VAN KEULEN
United States Magistrate Judge