

MILLER SHAH LLP
Kolin C. Tang (SBN 279834)
Email: kctang@millershah.com
456 Montgomery Street, Suite 1900
San Francisco, CA 94104
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

*Attorney for Plaintiffs and the Settlement Class*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

DENIED

Judge Edward J. Davila

June 9, 2023

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re LinkedIn ERISA Litigation* | Case No.: 5:20-CV-05704-EJD |

**PLAINTIFFS' UNOPPOSED REQUEST TO ALLOW REMOTE APPEARANCE OF COUNSEL FOR JUNE 15, 2023 HEARING ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF CLASS NOTICE**

Date:        June 15, 2023
Time:        9:00 a.m.
Location:    San Jose Courthouse,
             Courtroom 4—5th Floor
             280 South 1st Street,
             San Jose, CA 95113
Judge:       Hon. Edward J. Davila

## **REQUEST FOR REMOTE APPEARANCE**

Pursuant to the Local Rules of the Northern District of California, Plaintiffs, Douglass G. Bailey, Jason J. Hayes, and Marianne Robinson (collectively, "Plaintiffs"), on behalf of the proposed Settlement Class and the LinkedIn Corporation 401(k) Profit Sharing Plan and Trust, hereby requests that the Court allow counsel who will be presenting on behalf of the parties in connection with Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Approval of Class Notice [ECF No. 139] (the "Motion") to appear remotely via Zoom. Counsel seek permission to appear virtually due to considerations of travel time and expense, as well as the uncontested nature of the Motion.

Counsel for Defendants, LinkedIn Corporation, the Board of Directors of LinkedIn Corporation, and the 401(k) Committee a/k/a LinkedIn Corporation 401(k) Committee, have indicated that they do not oppose this request.

Dated: May 25, 2023                    Respectfully submitted,


                                       /s/ *Kolin C. Tang*
                                       James C. Shah
                                       Kolin C. Tang
                                       MILLER SHAH LLP
                                       456 Montgomery Street, Suite 1900
                                       San Francisco, CA 94104
                                       Telephone: (866) 540-5505
                                       Facsimile: (866) 300-7367
                                       Email: jcshah@millershah.com
                                              kctang@millerhsah.com


                                       James E. Miller
                                       Laurie Rubinow
                                       MILLER SHAH LLP
                                       65 Main Street
                                       Chester, CT
                                       Telephone: (866) 540-5505
                                       Facsimile: (866) 300-7367
                                       Email: jemiller@millershah.com
                                              lrubinow@millershah.com

Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: ajberin@millershah.com

Donald R. Reavey
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Mark K. Gyandoh
Capozzi Adler P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Daniel L. Germain
Rosman & Germain LLP
16311 Ventura Blvd, Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
Email: Germain@lalawyer.com

*Attorneys for Plaintiffs, the Plan, and the proposed
Settlement Class*