UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE LINKEDIN ERISA LITIGATION

Case No. 5:20-cv-05704-EJD

**JUDGMENT**

On December 13, 2023, the Court granted Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement.

Pursuant to Federal Rule of Civil Procedure 58, final judgment is hereby ENTERED in accordance with the terms of the Settlement Agreement (ECF No. 139-2, Ex. 1), the Order Granting Preliminary Approval of Class Action Settlement (ECF No. 147), and the Order Granting Motion for Final Approval of Proposed Class Action Settlement (ECF No. 153).

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 14, 2023

EDWARD J. DAVILA
United States District Judge